AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

William R. Miller,

                Plaintiff,

v.

Crisis Collection Management, LLC., et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00262-JCM-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants, Crisis Collection Management, LLC., Christopher Eric Mumm, and Robert H. Broili, against Plaintiff, William R. Miller, with prejudice. This case is now closed.

 

October 27, 2022                                        DEBRA K. KEMPI
Date                                                             Clerk



                                                             /s/ T. Roush-Wallace
                                                             Deputy Clerk