UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM R. MILLER,<br><br>Plaintiff(s),<br><br>v.<br><br>CRISIS COLLECTION MANAGEMENT LLC, et al.,<br><br>Defendant(s). | Case No. 2:22-CV-262 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Miller v. Crisis Collection Mgmt., LLC*, case number 2:22-cv-00262-JCM-BNW.

On October 27, 2022, this court granted defendants Crisis Collection Management, LLC ("CCM") and Robert Broili (collectively, "defendants")' motion to dismiss plaintiff William Miller ("plaintiff")'s complaint with prejudice. (ECF No. 20). A judgment in favor of defendants was entered on that same date. (ECF No. 21).[1] Plaintiff timely appealed the order and judgment regarding defendants' motion to dismiss. (ECF No. 22).

On appeal, the panel issued a memorandum. The memorandum affirmed in part and reversed in part the decision to grant defendants' motion to dismiss. (ECF No. 24). Specifically, the Ninth Circuit held that although the court correctly ruled that CCM complied with Nev. Rev. Stat. § 17.214 when it repeatedly renewed the judgment against plaintiff within the 90-day period before the expiration of the prior renewal, it erred when ruling that a judgment renewal is

---

[1] Defendant Christopher Eric Mumm was named in the judgment, although he was not part of the original motion to dismiss. (ECF No. 21).

**James C. Mahan**
**U.S. District Judge**

effective if the affidavit of renewal on which it is based is mailed to the debtor before the affidavit is filed with the clerk of court. (*Id.* at 2-4). The Ninth Circuit issued its mandate on December 12, 2023. (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order on defendants' motion to dismiss (ECF No. 20) be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the parties shall submit a JOINT STATUS REPORT within 21 days of this order apprising the court of the status of this matter following the Ninth Circuit proceedings.[2]

DATED December 18, 2023.

                                          UNITED STATES DISTRICT JUDGE

---

[2] This joint status report due within 21 days of this order shall be filed in addition to the joint discovery plan and scheduling order due no later than January 16, 2024, as ordered by Magistrate Judge Brenda Weksler. (ECF No. 26).

**James C. Mahan**
**U.S. District Judge**