**KENT R. ROBISON, ESQ. – NSB #1167**
krobison@rssblaw.com
**MICHAELA G. JONES, ESQ. (NSB #15205)**
mjones@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone:	775-329-3151
Facsimile:	775-329-7169
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. MILLER, and all others similarly situated, | Case No.: 2:22-CV-00262-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER DUE TO SETTLEMENT** |
| vs. | |
| CRISIS COLLECTION MANAGEMENT, LLC; CHRISTOPHER ERIC MUMM; AND ROBERT H. BROILI, | |
| Defendants. | |

Defendants Crisis Collection, LLC, Christopher Eric Mumm, and Robert H. Broili ("Defendants"), and Plaintiff William R. Miller ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and request this Court to vacate the deadline to file the Discovery Plan and Scheduling Order given the Parties' settlement of this matter, as further set forth below:

1. On February 15, 2024, this Court granted the Parties' request for an extension of time to file the Discovery Plan and Scheduling Order given the Parties' efforts to settle this matter (ECF No. 33).

2. The Parties have reached a settlement to resolve all claims in this action, and are in the process of executing the formalized settlement agreement.

3. The Parties anticipate filing a stipulation for dismissal of this action with prejudice

1  on or before March 15, 2024.

2      4.    Accordingly, the Parties respectfully request that this Court vacate the March 1,

3  2024, deadline to file the Discovery Plan and Scheduling Order.

4      5.    The Parties enter into this stipulation in good faith and not for the purposes of delay.

DATED this 29th day of February, 2024.       DATED this 29th day of February, 2024.

ROBISON, SHARP, SULLIVAN & BRUST       CHRISTOPHER P. BURKE
71 Washington Street       218 S. Maryland Parkway
Reno, Nevada 89503       Las Vegas, Nevada 89101

/s/ Michaela G. Jones       /s/ Christopher P. Burke
KENT R. ROBISON – NSB #1167       CHRISTOPHER P. BURKE – NSB #4093
MICHAELA G. JONES – NSB #15205       *Attorneys for Plaintiff*
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3/1/2024

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this 29th day of February, 2024, I caused the foregoing **STIPULATION AND ORDER TO VACATE DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER DUE TO SETTLEMENT** to be served by electronically filing with the Court's CM/ECF Electronic Notification System, which will send notice to the following:

CHRISTOPHER P. BURKE
attycburke@charter.net
atty@cburke.lvcoxmail.com
*Attorneys for Plaintiff*

                                          */s/ Michaela G. Jones*
                                          Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151