**KENT R. ROBISON, ESQ. – NSB #1167**
krobison@rssblaw.com
**MICHAELA G. JONES, ESQ. (NSB #15205)**
mjones@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone: 775-329-3151
Facsimile: 775-329-7169
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. MILLER, and all others similarly situated, | Case No.: 2:22-CV-00262-JCM-BNW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| CRISIS COLLECTION MANAGEMENT, LLC; CHRISTOPHER ERIC MUMM; AND ROBERT H. BROILI, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff William R. Miller and Defendants Crisis Collection, LLC, Christopher Eric Mumm, and Robert H. Broili, by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorney fees, costs, and expenses.

DATED this 22nd day of March, 2024.                             DATED this 22nd day of March, 2024.

ROBISON, SHARP, SULLIVAN & BRUST               CHRISTOPHER P. BURKE
71 Washington Street                                                     218 S. Maryland Parkway
Reno, Nevada 89503                                                     Las Vegas, Nevada 89101

 */s/ Michaela G. Jones*                                                  */s/ Christopher P. Burke*
KENT R. ROBISON – NSB #1167                              CHRISTOPHER P. BURKE – NSB #4093
MICHAELA G. JONES – NSB #15205                      *Attorneys for Plaintiff*
*Attorneys for Defendants*

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and parties, with each party bearing its own attorney fees, costs, and expenses.

IT IS FURTHER ORDERED that the Clerk of Court shall dismiss the action and close the case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2024

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this 22nd day of March, 2024, I caused the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** to be served by electronically filing with the Court's CM/ECF Electronic Notification System, which will send notice to the following:

CHRISTOPHER P. BURKE
attycburke@charter.net
atty@cburke.lvcoxmail.com
*Attorneys for Plaintiff*

                                             */s/ Michaela G. Jones*
                                             Employee of Robison, Sharp, Sullivan & Brust